```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/23

MARIANELA VERA,

        Plaintiff,

- against -

ADVANCE PUBLICATIONS, INC. d/b/a CONDE NAST PUBLICATIONS, INC.,

        Defendant.

23 Civ. 5829 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than October 27, 2023 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: 6 October 2023
      New York, New York

_____
Victor Marrero
U.S.D.J.