UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANELA VERA,

              Plaintiff,

    - against -

ADVANCE PUBLICATIONS, INC. D/B/A
CONDE NAST PUBLICATIONS, INC.,

             Defendant.

23-CV-5829 (VM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/23
```

**VICTOR MARRERO**, United States District Judge.

    The Court hereby stays all proceedings in this case pending voluntary dismissal under the forthcoming settlement agreement between the parties.

**SO ORDERED.**

Dated:    17 October 2023
             New York, New York

                                                                   _____
                                                                     Victor Marrero
                                                                       U.S.D.J.