UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANELA VERA,

                Plaintiff,

    - against -

ADVANCE PUBLICATIONS, INC. D/B/A
CONDE NAST PUBLICATIONS, INC.,

                Defendant.

23-cv-5829 (VM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/24
```

**VICTOR MARRERO, United States District Judge.**

    In light of the Joint Stipulation of Dismissal entered at Dkt. No. 16, the Clerk of Court is respectfully directed to lift the Court's prior stay and close this case.

**SO ORDERED.**

Dated:    February 15, 2024
            New York, New York

                                            _____
                                                   Victor Marrero
                                                      U.S.D.J.